The Commissioner of Public Charities of the City of NewYork, on Complaint of Mary Milnik, Respondent, v. Louis Halperin, Appellant.— Order of filiation of the Court of Special Sessions reversed and defendant discharged, on the ground that the determination upon which it was made was against the weight of evidence. Jenks, P. J., Thomas, Stapleton and Mills, JJ., concurred; Carr, J., not voting.

Eva Conklin, Respondent, v. Robert Edgar Conklin and Others, Respondents. Elizabeth Klein and Another, Appellants.— Judgment of the County Court of Queens county affirmed by default, with costs. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

James W. Hamilton, Appellant, v. Royal Indemnity Company and Meyer Sindel, as Trustee, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Melcena B. Merritt, Deceased. Mary Augusta Beers, Appellant; Carrie I. Mallett and Another, Respondents. (Appeal No. 1.) — Order of the Surrogate's Court of Orange county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

In the Matter of Proving the Last Will and Testament of Melcena B. Merritt, Deceased. Mary Augusta Beers, Appellant; Carrie I. Mallett and Another, Respondents. (Appeal No. 2.) — Order of the Surrogate's Court of Orange county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred, Carr, J., not voting.

In the Matter of Proving the Last Will and Testament of Melcena B. Merritt, Deceased. Mary Augusta Beers, Appellant; Carrie I. Mallett and Another, Respondents. (Appeal No. 3.) — Order of the Surrogate's Court of Orange county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

Richard T. Knoll, Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Order reversed, with ten dollars costs and disbursements, upon the ground that the moving papers are defective in not setting forth any facts showing that defendant has a meritorious defense. Leave, however, is granted to the defendant to renew the motion at Special Term upon additional affidavits setting forth such facts, with the suggestion that, if the motion should there be granted, it should be upon terms that the defendant pay the taxable costs included in the judgment. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

Max Meyer, Respondent, v. United Dressed Beef Company, Appellant. — Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

William Meyle, Respondent, v. Heinrich Uffmann, Appellant.— Judg-